Law Offices of
RANDALL M. WIDMANN
RANDALL M. WIDMANN, SBN 73154
2479 E. Bayshore Road, Suite 703
Palo Alto, CA 94303
Phone (650) 424-8400
Fax (650) 617-6888

Attorney for Plaintiff,
PAT ARMIGER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PAT ARMIGER, | Case No. C10 0271 WHA |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL AND ORDER** |
| KIEWIT CONSTRUCTION COMPANY, a corporation, KIEWIT PACIFIC COMPANY, a corporation, LONNIE MORELOCK, an individual, DOE ONE through ONE HUNDRED, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned matter be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Law Offices of Randall M. Widmann

By: _____

Dated: 5/26/10

Randall M. Widmann
Attorney for Plaintiff, Pat Armiger

STIPULATION OF DISMISSAL                                    1

|   |   |
|---|---|
| Dated: 5/26/10 | Seyfarth Shaw LLP<br>By: _____<br>Andrew M. McNaught<br>Attorneys for Defendants, Kiewit Construction Company, Kiewit Pacific Company and Lonnie Morelock |

Pursuant to stipulation, **IT IS SO ORDERED. THE CLERK SHALL CLOSE THE FILE.**

Dated: May 27, 2010.

_____
HON. WILLIAM ALSUP
United States District Judge

STIPULATION OF DISMISSAL