1   Law Offices of
    RANDALL M. WIDMANN
2   RANDALL M. WIDMANN, SBN 73154
    2479 E. Bayshore Road, Suite 703
3   Palo Alto, CA 94303
    Phone (650) 424-8400
4   Fax (650) 617-6888

5   Attorney for Plaintiff,
    PAT ARMIGER
6

7               UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
8                SAN FRANCISCO DIVISION

9   PAT ARMIGER,                        )   Case No.  C10 0271 WHA
                                        )
10          Plaintiff,                  )
                                        )
11  vs.                                 )
                                        )   **STIPULATION OF DISMISSAL**
12  KIEWIT CONSTRUCTION                 )   **AND ORDER**
    COMPANY, a corporation, KIEWIT      )
13  PACIFIC COMPANY, a corporation,     )
    LONNIE MORELOCK, an individual,     )
14  DOE ONE through ONE HUNDRED,        )
    inclusive,                          )
15                                      )
            Defendants.                 )
16

17        IT IS HEREBY STIPULATED by and between the parties to this action through their

18  designated counsel that the above-captioned matter be and is hereby dismissed with prejudice

19  pursuant to Federal Rule of Civil Procedure 41(a).

20

21                                      Law Offices of Randall M. Widmann

22                                      By:

23  Dated: 5/2/10

24                                      Randall M. Widmann
                                        Attorney for Plaintiff, Pat Armiger
25

26

27

28  STIPULATION OF DISMISSAL

                                                                        1

1

2                                           Seyfarth Shaw LLP

3       Dated:    5/26/10                    By:

4                                           Andrew M. McNaught
                                            Attorneys for Defendants, Kiewit Construction
5                                           Company, Kiewit Pacific Company and Lonnie
                                            Morelock
6

7            Pursuant to stipulation, **IT IS SO ORDERED.  THE CLERK SHALL CLOSE**

8    **THE FILE.**

9

10      Dated:    May 27, 2010.

11                                          HON. WILLIAM ALSUP
                                            United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    **STIPULATION OF DISMISSAL**