1  Law Offices of
   RANDALL M. WIDMANN
2  RANDALL M. WIDMANN, SBN 73154
   2479 E. Bayshore Road, Suite 703
3  Palo Alto, CA 94303
   Phone (650) 424-8400
4  Fax (650) 617-6888

5  Attorney for Plaintiff,
   PAT ARMIGER
6
                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
8
9  PAT ARMIGER,                      )   Case No. C10 0271 WHA
                                     )
10      Plaintiff,                   )
                                     )
11 vs.                               )
                                     )   **STIPULATION OF DISMISSAL**
12 KIEWIT CONSTRUCTION               )   **AND ORDER**
   COMPANY, a corporation, KIEWIT    )
13 PACIFIC COMPANY, a corporation,   )
   LONNIE MORELOCK, an individual,   )
14 DOE ONE through ONE HUNDRED,      )
   inclusive,                        )
15                                   )
        Defendants.                  )
16                                   )

17      IT IS HEREBY STIPULATED by and between the parties to this action through their

18 designated counsel that the above-captioned matter be and is hereby dismissed with prejudice

19 pursuant to Federal Rule of Civil Procedure 41(a).

20

21                                       Law Offices of Randall M. Widmann
22                                       By:
23 Dated: 5/26/10                         _____
24                                        Randall M. Widmann
                                          Attorney for Plaintiff, Pat Armiger
25

26

27

28 STIPULATION OF DISMISSAL

                                                                                        1

| | |
|---|---|
| 1 | Seyfarth Shaw LLP |
| 2 | By: |
| 3  Dated: 5/26/10 | |
| 4 | Andrew M. McNaught |
|   | Attorneys for Defendants, Kiewit Construction |
| 5 | Company, Kiewit Pacific Company and Lonnie Morelock |

Pursuant to stipulation, **IT IS SO ORDERED. THE CLERK SHALL CLOSE THE FILE.**

Dated: May 27, 2010.

HON. WILLIAM ALSUP
United States



APPROVED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL