1  Law Offices of
   RANDALL M. WIDMANN
2  RANDALL M. WIDMANN, SBN 73154
   2479 E. Bayshore Road, Suite 703
3  Palo Alto, CA 94303
   Phone (650) 424-8400
4  Fax (650) 617-6888

5  Attorney for Plaintiff,
   PAT ARMIGER
6

            UNITED STATES DISTRICT COURT
7          NORTHERN DISTRICT OF CALIFORNIA
               SAN FRANCISCO DIVISION
8

9  PAT ARMIGER,                )  Case No. C10 0271 WHA
                               )
10        Plaintiff,            )
                               )
11  vs.                         )
                               )  **STIPULATION OF DISMISSAL**
12  KIEWIT CONSTRUCTION         )  **AND ORDER**
    COMPANY, a corporation, KIEWIT )
13  PACIFIC COMPANY, a corporation, )
    LONNIE MORELOCK, an individual, )
14  DOE ONE through ONE HUNDRED, )
    inclusive,                  )
15                              )
          Defendants.            )
16

17      IT IS HEREBY STIPULATED by and between the parties to this action through their

18  designated counsel that the above-captioned matter be and is hereby dismissed with prejudice

19  pursuant to Federal Rule of Civil Procedure 41(a).

20

21                                    Law Offices of Randall M. Widmann
22                                    By:
23  Dated: 5/26/10                    _____
24                                    Randall M. Widmann
                                      Attorney for Plaintiff, Pat Armiger
25

26

27

28  STIPULATION OF DISMISSAL                                                  1

|   |   |
|---|---|
| Dated: 5/26/10 | Seyfarth Shaw LLP<br>By: /s/ Andrew M. McNaught<br>Andrew M. McNaught<br>Attorneys for Defendants, Kiewit Construction Company, Kiewit Pacific Company and Lonnie Morelock |

Pursuant to stipulation, **IT IS SO ORDERED. THE CLERK SHALL CLOSE THE FILE.**

Dated: May 27, 2010.

HON. WILLIAM ALSUP
United States

APPROVED
/s/ William Alsup
Judge William Alsup

STIPULATION OF DISMISSAL